JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

EPIFANIO TAPIAS,

Plaintiff,

v.

MEDA, INC.; 7951 BEVERLY BLVD LLC; and DOES 1 to 10,

Defendants.

Case No. 2:26-cv-05923-AB-Ex

**ORDER DISMISSING CIVIL ACTION**

The Court has been advised that this action has been settled.

The Court therefore **DISMISSES** this action without costs and without prejudice to the right to re-open the action within **30 days** upon good cause shown if the settlement is not completed.

Dated: September 18, 2026

HONORABLE ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE